AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Illston, Susan Y. | U.S. District Court, N.D. Cal. | 10/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Governors | Association of Business Trial Lawyers, Northern California |
| 2. | Custodian | Children's Insurance Policies |
| 3. | Custodian | Children's Annuities |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 11

**Name of Person Reporting**

Illston, Susan Y.

**Date of Report**

10/12/2017

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | JAMS, Inc. - payments |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association-- Section of Antitrust Law | 2/1/16-2/15/16 | Tokyo, Japan | Educational seminar or program | Travel, food, and lodging reimbursement |
| 2. | American Bar Association-- Section of Antitrust Law | 4/5/16-4/8/16 | Washington, DC | Educational seminar or program | Travel, food, and lodging reimbursement |
| 3. | University of Miami School of Law | 11/30/16-12/4/16 | Miami, FL | Educational seminar or program | Travel, food, and lodging reimbursement |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Cards | J |
| 2. | Citibank | Credit Cards | J |
| 3. | Schwab Bank | Credit Cards | J |
| 4. | Wells Fargo | Credit Cards | J |
| 5. | American Express | Credit Cards | J |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. I. Schwab Inst'l Rollover IRA | | | | | | | | | |
| 2. Aberdeen Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 3. Akre Focus Fund | | None | J | T | | | | | |
| 4. Alphabet, Inc. [Google] | | None | K | T | | | | | |
| 5. Capital One | A | Dividend | K | T | Buy | 06/24/16 | K | | |
| 6. Comcast | | None | K | T | | | | | |
| 7. Devon Energy | A | Dividend | K | T | Buy | 09/13/16 | K | | |
| 8. Dodge & CDX Income Fund | B | Dividend | K | T | | | | | |
| 9. Dodge & CDX International | B | Dividend | K | T | Buy | 02/22/16 | K | | |
| 10. | | | | | Buy (add'l) | 06/24/16 | K | | |
| 11. Emerson Electric | | None | | | Sold | 07/28/16 | J | A | |
| 12. FPA Crescent Fund | | None | | | Sold | 03/21/16 | J | A | |
| 13. General Electric | A | Dividend | K | T | Sold (part) | 03/30/16 | K | A | |
| 14. | | | | | Sold (part) | 08/18/16 | K | A | |
| 15. General Motors | A | Dividend | J | T | | | | | |
| 16. GS Bond Fund Inst | A | Dividend | K | T | | | | | |
| 17. Halliburton | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harbor Cap Appreciation Fund | A | Dividend | K | T | | | | | |
| 19. Harbor International Fund | A | Dividend | K | T | | | | | |
| 20. Ishares Biotech Fund | A | Dividend | K | T | | | | | |
| 21. J.P. Morgan | A | Dividend | | | Sold | 01/14/16 | K | D | |
| 22. Johnson and Johnson | B | Dividend | K | T | Sold (part) | 06/27/16 | K | E | |
| 23. Loomis Sayles Bond Fund | A | Dividend | K | T | Sold (part) | 09/27/16 | K | A | |
| 24. Loomis Sayles High Income | | None | | | Sold | 01/14/16 | K | A | |
| 25. Lord Abbett Bond | B | Dividend | K | T | Buy | 02/22/16 | K | | |
| 26. Matthews China Small Company Fund | A | Dividend | J | T | | | | | |
| 27. Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 28. Metlife | A | Dividend | K | T | | | | | |
| 29. Microsoft | A | Dividend | K | T | | | | | |
| 30. Oaktree Cap. Group | A | Dividend | K | T | Buy | 08/03/16 | K | | |
| 31. Oracle Corp. | A | Dividend | K | T | | | | | |
| 32. Osterweis Strategic Inc. Fund | B | Dividend | K | T | | | | | |
| 33. Range Resources | A | Dividend | | | Sold | 07/12/16 | K | A | |
| 34. Roche ADR | | None | | | Sold | 01/14/16 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 06/24/16 | J | | |
| 36. | | | | | Sold | 10/05/16 | J | A | |
| 37. Schlumberger LTD | A | Dividend | K | T | | | | | |
| 38. Schroder International Multicap | | None | | | Sold | 02/22/16 | J | A | |
| 39. Schwab Advisor Standard (Cash) | A | Dividend | K | T | | | | | |
| 40. Sequoia Fund | | None | | | Sold (part) | 05/10/16 | K | A | |
| 41. | | | | | Sold | 10/25/16 | J | A | |
| 42. Teva Pharm. | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 43. Tweedy Browne Global | A | Dividend | K | T | | | | | |
| 44. Walt Disney | | None | J | T | Buy | 08/18/16 | J | | |
| 45. Wells Fargo & Co. | B | Dividend | K | T | Buy | 01/14/16 | K | | |
| 46. | | | | | Buy (add'l) | 01/15/16 | K | | |
| 47. | | | | | Buy (add'l) | 04/14/16 | K | | |
| 48. II. Schwab One Brokerage Inst'l | | | | | | | | | |
| 49. Akre Focus Fund | | None | J | T | | | | | |
| 50. Allergan Inc. | | None | K | T | Buy | 01/28/16 | K | | |
| 51. | | | | | Buy (add'l) | 04/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/06/16 | K | | |
| 53. | | | | | Buy (add'l) | 05/10/16 | K | | |
| 54. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 55. | | | | | Buy (add'l) | 12/27/16 | K | | |
| 56. Antero Resources | | None | K | T | Buy | 07/12/16 | K | | |
| 57. Apple Computer | A | Dividend | K | T | Buy | 05/03/16 | K | | |
| 58. Baron Emerg. Mrkt. | | None | J | T | | | | | |
| 59. Cisco Systems | A | Dividend | | | Sold | 02/23/16 | K | A | |
| 60. First Eagle Gold FD | | None | J | T | Buy | 06/09/16 | J | | |
| 61. General Motors | A | Dividend | J | T | | | | | |
| 62. GS Gold Mine Linked Note 2016 | | None | | | Redeemed | 05/20/16 | J | C | |
| 63. Kinder Morgan Inc. | A | Dividend | K | T | Buy | 07/21/16 | K | | |
| 64. | | | | | Buy (add'l) | 07/28/16 | K | | |
| 65. Oaktree Cap. Grp. | B | Dividend | | | Buy | 07/28/16 | K | | |
| 66. | | | | | Sold | 12/28/16 | K | A | |
| 67. Pear Tree Polaris | | None | K | T | Buy | 02/22/16 | K | | |
| 68. Qualcomm | B | Dividend | K | T | Buy | 01/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/04/16 | K | D | |
| 70. | | | | | Sold (part) | 12/14/16 | K | D | |
| 71. Range Resources | | None | | | Sold | 12/30/16 | J | A | |
| 72. Schwab Muni Money Fund | A | Dividend | L | T | | | | | |
| 73. Time Warner | A | Dividend | J | T | Sold (part) | 10/21/16 | J | C | |
| 74. III. Schwab SEP IRA | | | | | | | | | |
| 75. Apple Computer | A | Dividend | K | T | Buy | 01/15/16 | K | | |
| 76. Baron Emerging Markets | A | Dividend | K | T | Buy | 06/24/16 | K | | |
| 77. Schwab Cash Reserves Money Market Account | A | Dividend | L | T | | | | | |
| 78. Third Avenue Real Estate | A | Dividend | | | Sold | 11/15/16 | K | A | |
| 79. T Rowe Price Inst. | A | Dividend | L | T | Buy | 11/21/16 | L | | |
| 80. | | | | | Buy (add'l) | 11/27/16 | L | | |
| 81. Vanguard Corp. Bond ETF | A | Dividend | | | Sold | 11/21/16 | K | A | |
| 82. IV. Schwab Living Trust | | | | | | | | | |
| 83. DOMIX | B | Dividend | L | T | Buy (add'l) | 06/24/16 | J | | |
| 84. DSI | A | Dividend | K | T | Sold (part) | 11/16/16 | J | A | |
| 85. PARMX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. PRBLX | A | Dividend | K | T | Buy (add'l) | 06/24/16 | J | | |
| 87. PXWIX | A | Dividend | K | T | | | | | |
| 88. SWZXX (Cash Reserves Money Market Fund) | A | Dividend | J | T | | | | | |
| 89. VFTSX | A | Dividend | L | T | | | | | |
| 90. | | | | | | | | | |
| 91. Citibank account | A | Interest | N | T | | | | | |
| 92. Northwestern Mutual Life Insurance Assets | | | | | | | | | |
| 93. Northwestern Mutual Life Annuity | A | Interest | M | T | | | | | |
| 94. Northwestern Mutual Life ▓ Insurance | | None | N | T | | | | | |
| 95. Northwestern Mutual Life ▓ Annuities | D | Distribution | L | T | | | | | |
| 96. Northwestern Mutual Life Insurance Trust | | None | P1 | T | | | | | |
| 97. Chase Bank Account | A | Interest | O | T | | | | | |
| 98. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 99. Provident Federal Credit Union | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On September 19, 2017, the Committee sent me a letter highlighting certain issues regarding my 2016 financial disclosure report. In response, I am filing this amended report, which includes the change to Part VII discussed below.

Part VII, line 88. The description of asset has been amended to reflect that this is a money market fund.

I am simultaneously filing amended 2014 and 2015 reports to address the other issues highlighted by the Committee's letter.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan Y. Illston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544